AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ALFREDO FAJARDO MELGAREJO,

Petitioner,

v.

WARDEN, FOLKSTON
ICE PROCESSING FACILITY,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-194

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 29, 2025, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions. This case stands closed.

Approved by:

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

January 5, 2026
Date

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*